The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SOUND MENTAL HEALTH; and LAURIE PETTIT in her official capacity as Health Information Technician Manager of SOUND MENTAL HEALTH,<br><br>Defendants. | No. 2:17-cv-00741-JCC<br><br>NOTICE OF SETTLEMENT |

NOTICE is hereby given pursuant to LCR 11(b) that the parties have reached a settlement regarding all claims in the above-entitled matter. Any trials or other hearings in this matter may be stricken from the court calendar. Within 60 days, a stipulated motion for order of dismissal will be filed once the terms of settlement have been completed.

This notice is being filed with the consent of all parties.

NOTICE OF SETTLEMENT
(2:17-cv-00741-JCC) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | DATED this 28th day of March, 2018. |
| 2 | KELLER ROHRBACK L.L.P. |
| 3 | |
| 4 | By _____ |
| 5 | Benjamin J. Lantz, WSBA #25057 |
| | KELLER ROHRBACK L.L.P. |
| 6 | 1201 Third Avenue, Suite 3200 |
| | Seattle, WA 98101 |
| 7 | P: (206) 623-1900; F: (206) 623-3384 |
| | Email: blantz@kellerrohrback.com |
| 8 | |
| 9 | Attorneys for Defendants |

NOTICE OF SETTLEMENT
(2:17-cv-00741-JCC) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David R. Carlson davidc@dr-wa.org
Meghan Apshaga meghana@dr-wa.org

DATED this 26th day of March, 2018.

_____
Megan Johnston

4820-1730-2880, v. 1

NOTICE OF SETTLEMENT
(2:17-cv-00741-JCC) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384